# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 27, 2019

## NO. 03-18-00656-CV

**Elizabeth Murphy Bunting, Appellant**

**v.**

**Kyle Bunting Holdings, Inc., Appellee**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the interlocutory order signed by the trial court on September 17, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.